UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID HOLLMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:16-CV-0067-RHW<br><br>**ORDER GRANTING NOTICE OF STIPULATED VOLUNTARY DISMISSAL** |

　　The parties have filed a Notice of Stipulated Voluntary Dismissal. ECF No. 13. They request the action be dismissed with prejudice pursuant to Fed Rule of Civ. P. 41(a)(1)(ii). The Court accepts this stipulation and dismisses with prejudice.

　　Accordingly, **IT IS ORDERED:**

　　1.　　The Notice of Stipulated Voluntary Dismissal, **ECF No. 13**, is **GRANTED.**

　　///

　　///

　　///

**ORDER GRANTING NOTICE OF STIPULATED VOLUNTARY DISMISSAL ~ 1**

2. This case is **DIMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 12th day of August, 2016.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING NOTICE OF STIPULATED VOLUNTARY DISMISSAL ~ 2**